## Denny V. Hassakis, Appellee, v. Harriet Hassakis, Appellant.

### Term No. 4804.

opinion filed February 23, 1949; rehearing denied April 18, 1949; released for publication April 18, 1949. S. M. Ward and Hill & Dolan, for appellant; W. Joe Hill, of counsel; John A. Kirk, for appellee; Moses Pulverman, of counsel. Opinion by JUSTICE BARDENS. Not to be published in full.

## Fred I. Evans, Appellant, v. Paul F. Beich Company, Appellee.

### Gen. No. 9,619.

opinion filed February 28, 1949; rehearing denied April 16, 1949; released for publication April 18, 1949. Stone, Stone & Hess, for appellant; Costigan, Wollrab & Yoder, for appellee. Opinion by PRESIDING JUSTICE DADY. Not to be published in full.